SCHIFF HARDIN LLP
Jean-Paul P. Cart (CSB 267516)
jcart@schiffhardin.com
4 Embarcadero Center, Suite 1350
San Francisco, CA  94111
Telephone: 415.901.8700
Facsimile:  415.901.8701

Attorneys for Defendant
UNITED SERVICES AUTOMOBILE ASSOCIATION

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| HAROLD J. DAVIDSON, a married man, on behalf of himself and all others similarly situated, an individual,<br><br>Plaintiff,<br><br>v.<br><br>UNITED SERVICES AUTOMOBILE ASSOCIATION, a Texas corporation,<br><br>Defendant. | Case No.  2:20-cv-00527<br><br>(Removed from (Los Angeles Superior Court Case No. 19STCV33596)<br><br>**SUPPLEMENT TO NOTICE OF REMOVAL OF ACTION** |

Defendant United Services Automobile Association ("USAA") removed this action from Los Angeles Superior Court on January 17, 2020.[1]  (DE 1.)  Before removal, on January 15, 2020, the Los Angeles Superior Court held an initial status conference and issued a Case Management Order and an Order Authorizing Electronic Service.  However, when USAA filed its Notice of Removal it had not

---

[1] USAA did not respond to Plaintiff Harold Davidson's ("Plaintiff") Complaint prior to removal—nor was it required to, as the Los Angeles Superior Court had stayed all proceedings including the deadline to answer up to January 15, 2020.

yet been served with copies of these two Superior Court orders, and electronic copies of the filings only became available online on January 21, 2020.

Pursuant to 28 U.S.C. § 1447(a) and (b) USAA hereby submits the Los Angeles Superior Court Orders entered January 15, 2020, to supplement its Notice of Removal. A true and correct copy of the Case Management Order is attached as **Exhibit A**, and a true and correct copy of the Order Authorizing Electronic Service is attached as **Exhibit B**. Additionally, attached hereto as **Exhibit C** is a file-stamped copy of USAA's Notice to Clerk of Superior Court Removal to Federal Court.

Dated: February 11, 2020          SCHIFF HARDIN LLP

By:/s/ Jean-Paul P. Cart
    Jean-Paul P. Cart

Attorneys for Defendant
UNITED SERVICES
AUTOMOBILE ASSOCIATION