| | |
|---|---|
| 1 | |
| 2 | JEFF BOLENDER (SBN 174423)<br>jbolender@bolender-firm.com |
| 3 | **BOLENDER LAW FIRM, PC**<br>2276 Torrance Blvd., Torrance, CA 90501 |
| 4 | Tel: (310) 320-07425 |
| 5 | |
| 6 | ROBERT B. CAREY (*pro hac vice*)<br>rob@hbsslaw.com |
| 7 | JOHN M. DeSTEFANO (*pro hac vice*)<br>johnd@hbsslaw.com |
| 8 | E. TORY BEARDSLEY (*pro hac vice*)<br>toryb@hbsslaw.com |
| 9 | **HAGENS BERMAN SOBOL SHAPIRO LLP** |
| 10 | 11 West Jefferson St., Ste. 1000, Phoenix, AZ 85003<br>Tel.: (602) 840-5900 |
| 11 | |
| 12 | *Attorneys for Plaintiff*,<br>HAROLD J. DAVIDSON |
| 13 | |
| 14 | JOSHUA N. KASTAN (SBN 284767)<br>JNK@dkmlawgroup.com |
| 15 | **DKM LAW GROUP, LLP** |
| 16 | 50 California St., Ste. 1500, San Francisco, CA 94111<br>Tel: (415) 421-1100 |
| 17 | Attorneys for Defendant, |
| 18 | UNITED SERVICES AUTOMOBILE ASSOCIATION |

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| HAROLD J. DAVIDSON,<br><br>           Plaintiff,<br><br>     vs.<br><br>UNITED SERVICES AUTOMOBILE ASSOCIATION,<br><br>           Defendant. | CASE NO.  2:20-cv-00527-JWH-MAA<br><br>**NOTICE OF SETTLEMENT OF ENTIRE CASE** |

Plaintiff HAROLD J. DAVIDSON ("Plaintiff") and Defendant UNITED SERVICES AUTOMOBILE ASSOCIATION ("Defendant"), by and through their respective counsel,

-1-

hereby provide notice that the above-captioned case settled in its entirety at the September 15, 2025 settlement conference. The parties will be memorializing and performing the agreement in the coming weeks, which will ultimately result in the filing of a Fed. R. Civ. P. 41(a)(1)(A)(ii) Stipulation for Dismissal with prejudice of the action in its entirety, each party to bear their own fees and costs. The parties anticipate that they will file said Stipulation for Dismissal within the next forty-five (45) days, if not sooner.

In the meantime, the parties respectfully request that the Court vacate the case schedule and trial date (Dkts. 153, 163) and deny as moot Plaintiff's Motion for Leave to File a Third Amended Complaint (Dkts. 154 *et seq.*).

Dated: September 16, 2025  **HAGENS BERMAN SOBOL SHAPIRO LLP**

By:   */s/ John M. DeStefano\**
ROBERT B. CAREY
JOHN M. DESTEFANO
E. TORY BEARDSLEY

Co-Attorneys for Plaintiff,
HAROLD J. DAVIDSON

Dated: September 16, 2025  **BOLENDER LAW FIRM, PC**

By:   */s/ Jeff Bolender\**
JEFF BOLENDER

Co-Attorneys for Plaintiff,
HAROLD J. DAVIDSON

Dated: September 16, 2025  **DKM LAW GROUP, LLP**

By:   */s/ Joshua N. Kastan*
JOSHUA N. KASTAN
JNK@dkmlawgroup.com
Attorneys for Defendant,
UNITED SERVICES AUTOMOBILE ASSOCIATION

-3-

1  *Pursuant to L.R. 5-4.3.4(a)(2), I, Joshua Kastan, hereby attest that counsel on whose
2  behalf this filing is jointly submitted concurs in the filing's content and has authorized the
3  filing.
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28