UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES – GENERAL

Case No.   2:20-cv-00527-JWH-MAA                                    Date: September 15, 2025

Title   Harold J. Davidson v. United Services Automobile Association

Present: The Honorable MARIA A. AUDERO, United States Magistrate Judge

| Cindy Delgado | N/A |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Plaintiff pro se: | Attorneys Present for Defendants: |
|---|---|
| N/A | N/A |

**Proceeding:  Order Regarding Settlement Conference**

Case called.  Parties and counsel make their appearances.

On September 15, 2025, the Court conducted an in-person settlement conference and the parties reached a settlement of the case in its entirety.  At the conclusion, the parties signed a term sheet.

The Court retains jurisdiction to resolve any matters relating to the finalization of the settlement agreement.  If the parties encounter difficulties in finalizing the agreement or stipulated judgment, they shall notify the Court by contacting Judge Audero's Courtroom Deputy via email to MAA_Chambers@cacd.uscourts.gov.

The parties are ordered to file a Joint Notice of Settlement with the Court **forthwith**.

The parties and their counsel are reminded that all discussions were, and are, deemed to be confidential settlement discussions.  The parties and their counsel may obtain a transcript of the public portion of these proceedings upon request.

It is so ordered.

Time:  9:00